ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMAKRISHNA RAO GUMMADI, et al.,<br>Plaintiff,<br>v.<br>JOSEPH B. EDLOW, et al.,<br>Defendants. | CASE NO. 2:26-CV-2924-DC-JDP<br><br>STIPULATION FOR EXTENSION OF TIME; ~~[PROPOSED]~~ ORDER THEREON |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiffs Ramakrishna Gummadi and Santhamma Kalluru (collectively "Plaintiffs") do not oppose this request. Plaintiffs' complaint seeks relief under the Administrative Procedure Act relating the filing respectively of Plaintiffs' Form I-485, Application to Adjust Status under the Immigration and Nationality Act ("I-485 Petitions"). Plaintiffs served the current complaint on September 2, 2026, making the deadline for Defendants to respond November 2, 2026. USCIS has issued a Request for Evidence (RFE) regarding the subject I-485 Petitions, with a response due by November 9, 2026. The requested evidence is necessary to continue the adjudicatory process; this process cannot continue unless and until this evidence is received and reviewed. Given this status, and in the interest of allowing the process to proceed, the parties hereby stipulate an extension of the current deadline for Defendants to file an answer or other pleading for approximately forty-five (45) days to and including December 17, 2026. The parties further ask the Court to similarly extend any other deadlines and proceedings.

///

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is December 17, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: November 2, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Ramakrishna Rao Gummadi (as authorized on November 2, 2026)*
RAMAKRISHNA RAO GUMMADI
Plaintiff Pro Per

By: */s/ Santhamma Kalluru (as authorized on November 2, 2026)*
SANTHAMMA KALLURU
Plaintiff Pro Per

~~[PROPOSED]~~ ORDER

IT IS SO ORDERED.

Dated: November 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on November 2, 2026, she served a copy of the STIPULATION FOR EXTENSION OF TIME; [PROPOSED] ORDER THEREON by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee:

RAMAKRISHNA RAO GUMMADI
2276 Ranch View Drive
Rocklin, California 95765

SANTHAMMA KALLURU
2276 Ranch View Drive
Rocklin, California 95765

*/s/ Ema Vakaloloma*
Ema Vakaloloma